United States Bankruptcy Court
District of Nevada

In re:  
COREY JOHN ADCOCK  
    Debtor

Case No. 22-11452-mkn  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 28, 2022      Form ID: 309B      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | COREY JOHN ADCOCK, 5250 S RAINBOW BLVD UNIT 1184, LAS VEGAS, NV 89118-0631 |
| 11692035 | + | Ballard Realty, 7485 W.azure Dr., Las Vegas, NV 89130-4421 |
| 11692044 | + | Dept. of Employment, Training & Rehab, Employment Security Division, 500 East Third Street, Carson City, NV 89713-0002 |
| 11692062 | + | Title Max, Acct No xxxxx-xxxx-xxxx6984, 6795 W Tropicana Ave., Las Vegas, NV 89103-4924 |
| 11692033 | | advance america, Acct No do not know, 3670s rainbow blvd, las vegas, NV 89103 |
| 11692043 | + | clear one advantage, Acct No CLOSED, 1501 s clinton street suite 320, Baltimore, MD 21224, MD 21224-5733 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: help@bkvegas.com | Apr 28 2022 23:44:00 | SETH D BALLSTAEDT, BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LE, 8751 W CHARLESTON BLVD SUITE 220, LAS VEGAS, NV 89117 |
| tr | | EDI: BTFOX | Apr 29 2022 03:48:00 | TROY S. FOX, 601 S TENTH ST, LAS VEGAS, NV 89101 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Apr 28 2022 23:44:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 11692034 | + | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 23:48:15 | Amex, Acct No 3499914426845363, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 11692037 | + | EDI: BANKAMER.COM | Apr 29 2022 03:48:00 | Bank of America, Acct No 4400668477631651, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 11692036 | + | EDI: BANKAMER.COM | Apr 29 2022 03:48:00 | Bank of America, Acct No 4400669721040210, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 11692038 | + | EDI: BANKAMER.COM | Apr 29 2022 03:48:00 | Bank of America, Acct No 4400666139230227, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 11692039 | + | EDI: TSYS2 | Apr 29 2022 03:48:00 | Barclays Bank Delaware, Acct No 000209830598879, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 11692042 | + | EDI: CITICORP.COM | Apr 29 2022 03:48:00 | Citibank, Acct No 5466160017533835, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 11692050 | + | EDI: CITICORP.COM | Apr 29 2022 03:48:00 | Macys/fdsb, Acct No 6035340582778763, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 11692044 | ^ | MEBN | Apr 29 2022 10:19:00 | Dept. of Employment, Training & Rehab, |

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: 309B | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Employment Security Division, 500 East Third Street, Carson City, NV 89713-0002 |
| 11692045 | + | EDI: DISCOVER.COM | Apr 29 2022 03:48:00 | Discover Financial, Acct No 6011008122852533, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 11692048 | + | EDI: DISCOVERPL | Apr 29 2022 03:48:00 | Discover Personal Loans, Acct No 815309712892, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 11692047 | + | EDI: DISCOVERPL | Apr 29 2022 03:48:00 | Discover Personal Loans, Acct No 500006971361, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 11692046 | + | EDI: DISCOVERPL | Apr 29 2022 03:48:00 | Discover Personal Loans, Acct No 500008399093, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 11692049 | | EDI: IRS.COM | Apr 29 2022 03:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11692040 | | EDI: JPMORGANCHASE | Apr 29 2022 03:48:00 | Chase Card Services, Acct No 4147400280955160, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 11692041 | | EDI: JPMORGANCHASE | Apr 29 2022 03:48:00 | Chase Card Services, Acct No 438857604133, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 11692051 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Apr 28 2022 23:44:00 | Nevada Dept. of Taxations, Bankruptcy, 555 E Washington Ave, #1300, Las Vegas, NV 89101-1046 |
| 11692052 | + | Email/Text: bnc@nordstrom.com | Apr 28 2022 23:44:15 | Nordstrom FSB, Acct No 4470431101179216, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 11692053 | + | Email/Text: bkclerk@plusfourinc.com | Apr 28 2022 23:44:00 | PlusFour, Inc., Acct No 6725693, Attn: Bankruptcy, Po Box 95846, Las Vegas, NV 89193-5846 |
| 11692054 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony Bank/Chevron, Acct No 706159100128, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11692056 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony Bank/Sams Club, Acct No 521333102961, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11692059 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony Bank/Sams Club, Acct No 5213331094123214, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11692057 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony Bank/Sams Club, Acct No 5213331079607207, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11692058 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony Bank/Sams Club, Acct No 5213331029350734, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11692055 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony Bank/Sams Club, Acct No 5213331019908087, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11692060 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony Bank/TJX, Acct No 5243661033558847, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 11692061 | + | EDI: RMSC.COM | Apr 29 2022 03:48:00 | Synchrony/PayPal Credit, Acct No 6044192151910254, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 11692064 | + | EDI: USAA.COM | Apr 29 2022 03:48:00 | USAA Federal Savings Bank, Acct No 4270825006844042, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX |

| District/off: 0978-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: 309B | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | 78288-1600 |
| 11692063 | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | | |
| | | | Apr 28 2022 23:44:00 | United States Trustee, 300 Las Vegas Blvd. South #4300, Las Vegas, NV 89101-5803 |
| 11692065 | + | EDI: WFFC.COM | | |
| | | | Apr 29 2022 03:48:00 | Wells Fargo Bank Ia N, Acct No 5497140004237585, Max F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 11692068 | + | EDI: WFFC.COM | | |
| | | | Apr 29 2022 03:48:00 | Wells Fargo Bank NA, Acct No 5774421695479684, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 11692067 | + | EDI: WFFC.COM | | |
| | | | Apr 29 2022 03:48:00 | Wells Fargo Bank NA, Acct No 4147181001347370, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 11692066 | + | EDI: WFFC.COM | | |
| | | | Apr 29 2022 03:48:00 | Wells Fargo Bank NA, Acct No 4147180199401759, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2022         Signature:         /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | COREY JOHN ADCOCK | Social Security number or ITIN: | xxx–xx–1072 |
| | First Name   Middle Name   Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:** (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: EIN: | _ _ _ _ <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: | 7    4/27/22 |
| Case number: | 22–11452–mkn | | |

## Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | COREY JOHN ADCOCK | |
| 2. | **All other names used in the last 8 years** | aka COREY J ADCOCK | |
| 3. | **Address** | 5250 S RAINBOW BLVD UNIT 1184<br>LAS VEGAS, NV 89118 | |
| 4. | **Debtor's attorney**<br>Name and address | SETH D BALLSTAEDT<br>BALLSTAEDT LAW FIRM, LLC DBA FAIR FEE LEGAL SERVICES<br>8751 W CHARLESTON BLVD SUITE 220<br>LAS VEGAS, NV 89117 | Contact phone 702–715–0000<br><br>Email:  help@bkvegas.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TROY S. FOX<br>601 S TENTH ST<br>LAS VEGAS, NV 89101 | Contact phone 702 382–1007 |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**          page 1

Debtor **COREY JOHN ADCOCK**  Case number **22–11452–mkn**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 4/27/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 25, 2022 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **BY TELEPHONE**<br><br>Trustee: TROY S. FOX<br>Call–in Number: 877–922–3252<br>Passcode: 9872189# |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/25/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/6/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/24/22** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**  page 2